Thomas Barrett, Plaintiff-Appellant, v. Ralph Wallenberg and Walter A. Wodarczik, d/b/a Kool Rite Auto Radiator Service, Defendants-Appellees.

Gen. No. 49,531. 

First District, Second Division.

September 28, 1965.

Rehearing denied October 14, 1965.

Anegelo D. Mistretta, of Chicago (Sidney Z. Karasik, of counsel), for appellant; Howard & French, of Chicago (Norton Wasserman, of counsel), for appellees. Opinion by JUSTICE LYONS. Not to be published in full.